**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Matana Morin,

**Court File No. CV 01-216 DWF/SRN**

Plaintiff,

vs.

Mountain States Adjustment,
a Foreign Corporation and
Jake Meyers, individually,

Defendants

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER FOR JUDGMENT**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

Dated: 3/28/2001

By________________________
Peter F. Barry (#0266577)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 714-8800

FILED APR 05 2001
JUDGMENT ENTERED APR 05 2001
DEPUTY CLERK

**THE CONSUMER JUSTICE CENTER, P.A.**

Dated: 3/28/00

By____________________
Thomas J. Lyons (License #249646)
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109-1171
(651) 770-9707

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 3/24/01

By____________________
Michael A. Klutho (License #186302)
Attorneys for Defendants
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: Apr. 5, 2001

____________________
The Honorable Donovan W. Frank
Judge of United States District Court