# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matana Morin

Case No. Civil 01-216 DWF/SRN

Plaintiff

v.

**JUDGMENT IN A CIVIL CASE**

Mountain States Adjustment,
a foreign Corporation and
Jake Meyers, individually

Defendants

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** dismissing the complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

DATE: April 5, 2001

FRANCIS E. DOSAL, CLERK

Victoria Morales

Victoria Moralez, Deputy Clerk